In re:  
Andrew David Landsberger  
    Debtor

Case No. 20-00844-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Mar 05, 2020  
                     Form ID: 309A     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.

```
db            Andrew David Landsberger,    PO Box 282,    Tannersville, PA 18372-0282
tr           +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
               Honesdale, PA 18431-1925
5309006      +BAYPORT CREDIT UNION,    ONE BAYPORT WAY STE 350,    NEWPORT NEWS, VA 23606-4571
5309008      +CREDIT ACCEPTANCE,    ATTENTION: OPERATIONS SUPPORT,    PO BOX 513,    SOUTHFIELD, MI 48037-0513
5309010      +FINANCIAL ACCOMODATION,    1543 KINGSLEY AVE #11,    ORANGE PARK, FL 32073-4583
5309016      +TEK-COLLECT,    PO BOX 1269,    COLUMBUS, OH 43216-1269
5309017      +TIFFANY & TIFFANY PLLC,    770 INDEPENDENCE CIRCLE,    VIRGINIA BEACH, VA 23455-6452
5309018      +YAMAHA MOTOR FINANCE,    PO BOX 504125,    SAN DIEGO, CA 92150-4125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: VRubino@newmanwilliams.com Mar 05 2020 19:19:07     Vincent Rubino,
               Newman Williams Mishkin Corveleyn et al,    712 Monroe Street,    PO Box 511,
               Stroudsburg, PA  18360-0511
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Mar 05 2020 19:20:11      United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5309007       EDI: CAPITALONE.COM Mar 06 2020 00:18:00      CAPITAL ONE,   PO BOX 30285,
               SALT LAKE CITY, UT 84130-0285
5309012       EDI: CBSAAFES.COM Mar 06 2020 00:18:00      MILITARY STAR,   3911 S WALTON WALKER BLVD,
               DALLAS, TX 75236-1509
5309005       EDI: CBSAAFES.COM Mar 06 2020 00:18:00      ARMY AIR FORCE EXCHANGE,    PO BOX 650410,
               DALLAS, TX 75265-0441
5309009      +E-mail/Text: electronicbkydocs@nelnet.net Mar 05 2020 19:20:12      DEPT OF ED/NELNET,
               PO BOX 82561,    LINCOLN, NE 68501-2561
5309011       EDI: JPMORGANCHASE Mar 06 2020 00:18:00      JPMCB CARD,   PO BOX 15369,    WILMINGTON, DE 19850
5309013       EDI: NFCU.COM Mar 06 2020 00:19:00      NAVY FEDERAL CREDIT UNION,    PO BOX 3500,
               MERRIFIELD, VA 22119-3500
5309014      +EDI: NFCU.COM Mar 06 2020 00:19:00      NAVY FEDERAL CREDIT UNION,    PO BOX 3700,
               MERRIFIELD, VA 22119-3700
5309015      +EDI: AGFINANCE.COM Mar 06 2020 00:18:00      ONE MAIN,   PO BOX 1010,
               EVANSVILLE, IN 47706-1010
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:

```
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino     on behalf of Debtor 1 Andrew David Landsberger
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                              TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Andrew David Landsberger <br> First Name　Middle Name　Last Name | Social Security number or ITIN: xxx–xx–0578 <br> EIN: _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name　Middle Name　Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter:　7　3/4/20 |
| Case number: | 5:20–bk–00844–RNO | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline　09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Andrew David Landsberger | |
| 2. | **All other names used in the last 8 years** | aka Andrew D. Landsberger, aka Andrew Landsberger | |
| 3. | **Address** | PO Box 282 <br> Tannersville, PA 18372–0282 | |
| 4. | **Debtor's attorney** <br> Name and address | Vincent Rubino <br> Newman Williams Mishkin Corveleyn et al <br> 712 Monroe Street <br> PO Box 511 <br> Stroudsburg, PA 18360–0511 | Contact phone 570 421–9090 <br> Email: VRubino@newmanwilliams.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John J Martin (Trustee) <br> Law Offices of John J Martin <br> 1022 Court Street <br> Honesdale, PA 18431 | Contact phone 570 253–6899 <br> Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 3/5/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 1, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number are required** *** | Location:<br><br>**Council Chambers, 2nd Floor, Borough Municipal Building, 700 Sarah Street, Stroudsburg, PA 18360** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/31/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |