```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 20-00844-RNO
Andrew David Landsberger                                        Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5        User: admin              Page 1 of 1         Date Rcvd: Jun 05, 2020
                            Form ID: 318             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db              Andrew David Landsberger,    PO Box 282,    Tannersville, PA 18372-0282
5309006        +BAYPORT CREDIT UNION,    ONE BAYPORT WAY STE 350,    NEWPORT NEWS, VA 23606-4571
5309010        +FINANCIAL ACCOMODATION,    1543 KINGSLEY AVE #11,    ORANGE PARK, FL 32073-4583
5317710         Marisol Sharpless,   Edward Helm,    133 Hilltop Circle,    Cresco, PA 18326
5309016        +TEK-COLLECT,    PO BOX 1269,    COLUMBUS, OH 43216-1269
5309017        +TIFFANY & TIFFANY PLLC,    770 INDEPENDENCE CIRCLE,    VIRGINIA BEACH, VA 23455-6452
5309018        +YAMAHA MOTOR FINANCE,    PO BOX 504125,    SAN DIEGO, CA 92150-4125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5309007         EDI: CAPITALONE.COM Jun 05 2020 23:33:00      CAPITAL ONE,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
5309008        +E-mail/Text: ebnnotifications@creditacceptance.com Jun 05 2020 19:35:01      CREDIT ACCEPTANCE,
                 ATTENTION: OPERATIONS SUPPORT,     PO BOX 513,    SOUTHFIELD, MI 48037-0513
5309005         EDI: CBSAAFES.COM Jun 05 2020 23:33:00      ARMY AIR FORCE EXCHANGE,    PO BOX 650410,
                 DALLAS, TX 75265-0441
5309012         EDI: CBSAAFES.COM Jun 05 2020 23:33:00      MILITARY STAR,    3911 S WALTON WALKER BLVD,
                 DALLAS, TX 75236-1509
5309009        +E-mail/Text: electronicbkydocs@nelnet.net Jun 05 2020 19:35:48      DEPT OF ED/NELNET,
                 PO BOX 82561,    LINCOLN, NE 68501-2561
5309011         EDI: JPMORGANCHASE Jun 05 2020 23:33:00      JPMCB CARD,    PO BOX 15369,    WILMINGTON, DE 19850
5309013         EDI: NFCU.COM Jun 05 2020 23:33:00      NAVY FEDERAL CREDIT UNION,    PO BOX 3500,
                 MERRIFIELD, VA 22119-3500
5309014        +EDI: NFCU.COM Jun 05 2020 23:33:00      NAVY FEDERAL CREDIT UNION,    PO BOX 3700,
                 MERRIFIELD, VA 22119-3700
5309015        +EDI: AGFINANCE.COM Jun 05 2020 23:33:00      ONE MAIN,    PO BOX 1010,
                 EVANSVILLE, IN 47706-1010
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino   on behalf of Debtor 1 Andrew David Landsberger
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andrew David Landsberger** | Social Security number or ITIN  xxx–xx–0578 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00844–RNO | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew David Landsberger
aka Andrew D. Landsberger, aka Andrew Landsberger

**By the court:**

*(signature)* Robt N. Opel II

6/5/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**